# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Wayne Evans,

    Plaintiff,

        v.                          Case No. 1:07cv213

Cincinnati Enquirer, *et al.*,           Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed November 6, 2007 (Doc. 14).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Defendant Local Newspaper Union No. 129's Motion to Dismiss (Doc. 7) be **GRANTED**. All claims against the Union are dismissed with prejudice.

    **IT IS SO ORDERED.**

                                       *S/Michael R. Barrett*
bac     December 10, 2007                       Michael R. Barrett, Judge
                                           United States District Court